

# Fourth Court of Appeals

## San Antonio, Texas

August 27, 2014

No. 04-14-00523-CV

Leticia R. Benavides,
Appellant

v.

Shirley Hale Mathis, as Temporary Guardian of the Estate of Carlos Y. Benavides, Jr.; and
Carlos Benavides, III, Tomas Benavides and Ana B. Galo, as Co-Trustees of the Benavides
Family Mineral Trust,
Appellees

Trial Court Case No. 2012CVQ000427-D4

# ORDER

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on October 7, 2014, to the following panel: Chief Justice Stone, Justice Angelini, and Justice Martinez. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on August 27, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this August 27, 2014.

_____
Keith E. Hottle, Clerk